UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GOLDWATER BANK, N.A.,<br><br>        Plaintiff,<br><br>v.<br><br>CHRISTIAN KULIKOSKI, CATHRYN KULIKOSKI, CARDINAL FINANCIAL COMPANY, L.P., FIRST SOURCE TITLE AGENCY, INC., GREAT LAKES SETTLEMENT AND CLOSING, INC., and THE UPTOWN LAW FIRM, LLC,<br><br>        Defendants. | CIVIL ACTION NO.:  1:21-cv-10246-DJC |

## FIRST SOURCE TITLE AGENCY, INC.'S LOCAL RULE 16.1(D)(3) CERTIFICATION

   The undersigned affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution procedures, such as those outlined in Local Rule 16.4.


Counsel for
FIRST SOURCE TITLE AGENCY, INC.,

*/s/ Laura Lee Mittelman*
Laura Lee Mittelman (BBO #689752)


Authorized Representative of
FIRST SOURCE TITLE AGENCY, INC.,

 */s/  Michael McNamera*
Michael McNamera

Respectfully submitted,

FIRST SOURCE TITLE AGENCY, INC.,
By its Attorneys,


/s/ *Laura Lee Mittelman*
Alan E. Lipkind (BBO #547938)
alipkind@burnslev.com
Laura Lee Mittelman (BBO #689752)
lmittelman@burnslev.com
BURNS & LEVINSON LLP
125 High Street
Boston, MA 02110
(617) 345-3000

Dated:  July 29, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 29, 2021.

/s/ *Laura Lee Mittelman*
Laura Lee Mittelman (BBO #689752)
lmittelman@burnslev.com