UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____X
**Goldwater Bank, N.A.,**
       **Plaintiff,**

v.                                    **CIVIL ACTION NO. 21-CV-10246-DJC**

**Christian Kulikoski; Cathryn Kulikoski;
Cardinal Financial Company, L.P.; First Source
Title Agency, Inc.; Great Lakes Settlement and
Closing, Inc.; and The Uptown Law Firm, LLC**
       **Defendants.**
_____X

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned hereby certify that they have conferred pursuant to L.R. 16.1(D)(3):

1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Dated: July __28__, 2020

Cardinal Financial Company, L.P.

__Jon Paul_____

By: _[signature]_____

Its: __SVP, Managing Counsel_____

Attorney for Cardinal Financial Company, L.P.

/s/ Brian C. Linehan_____
Brian C. Linehan, Esq. (BBO#690437)
Reneau J. Longoria, Esq. (BBO# 635118)
DOONAN, GRAVES & LONGORIA, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
Tel. (978) 921-2670
bl@dgandl.com