## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GOLDWATER BANK, N.A.,

        Plaintiff,

    v.

CHRISTINE KULIKOSKI; CATHRYN KULIKOSKI; CARDINAL FINANCIAL COMPANY, L.P. FIRST SOURCE TITLE AGENCY,INC. GREAT LAKES SETTLEMENT AND CLOSING, INC. AND THE UPTOWN LAW FIRM, LLC.

        Defendants.

CIVIL ACTION No. 21-CV-10246-DJC

### DEFENDANTS' LOCAL RULE 16.1 (D)(3) CERTIFICATION

The undersigned hereby certify that they have conferred pursuant to L.R. 16.1(D)(3):

1)      with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2)      to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Dated: July 30, 2021
Christian Kulikoski & Cathryn Kuliskoski

By their attorney:

*Russell Z. Goldberg /s/*
RUSSELL Z. GOLDBERG, Esq.
Falbo, Solari & Goldberg, PC
BBO No. 549953
5 Essex Green Drive
Peabody, MA 01960
978-532-8891
rzgoldberg@fsglaw.com